## Herman Rothenberg, Appellant, v. Radtke Bros., Inc., Appellee. Armour and Company, Garnishee.

### Gen. No. 41,628.

opinion filed June 9, 1941. I. J. Berkson and Mayer Goldberg, for appellant; Charles T. Shanner, for appellees. Opinion by JUSTICE MATCHETT. ''Not to be published in full.''